Hershell WIDEMON, Appellant,

v.

The STATE of Texas, Appellee.

No. 28817.

Court of Criminal Appeals of Texas.

Feb. 13, 1957.

Fred BAILEY, Appellant,

v.

The STATE of Texas, Appellee.

No. 28824.

Court of Criminal Appeals of Texas.

Feb. 13, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is aggravated assault; the punishment, 30 days in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

PER CURIAM.

The offense is murder without malice; the punishment, five years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.